# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# Western Division

Docket No. 5:07-CR-00056-1F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BILLY WAYNE LILES ) | |
|    Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the revocation hearing in the above case, presently scheduled for June 7, 2012, in Wilmington. The case is hereby CONTINUED to the July 2, 2012, term of court in Wilmington, North Carolina.

This the 24th day of May, 2012.

_____
James C. Fox
Senior United States District Judge