UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:07-CR-00056-1F

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | |
| vs. | ) | ORDER WITHDRAWING |
| | ) | MOTION FOR REVOCATION |
| | ) | |
| Billy Wayne Liles | ) | |

On this the 25th day of July, 2012, comes Erica W. Foy, U.S. Probation Officer, who shows the court that Billy Wayne Liles appeared before the Honorable James C. Fox, Senior U.S. District Judge, at Wilmington, North Carolina, with counsel on March 5, 2008, and upon a plea of guilty to Felon in Possession of a Firearm, a violation of 18 U.S.C. § 922(g)(1) and 924, was sentenced to the custody of the Bureau of Prisons for a term of 24 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Billy Wayne Liles was released from custody and the term of supervised release commenced on January 20, 2010. On September 8, 2010, the court revoked his term of supervised release and sentenced him to 1 day in custody, followed by 36 months of supervised release under the same conditions previously imposed, and the following additional condition:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

From evidence presented, the court finds that the ends of justice would best be served by withdrawing the motion for revocation previously filed on November 23, 2011, and continuing supervision under the original terms and conditions imposed in this case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation filed on November 23, 2011, be withdrawn and that the supervised release term heretofore granted be continued.

This the 27th day of July, 2012.

James C. Fox
Senior U.S. District Judge